# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOB ENTERTAINMENT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 24-cv-05874<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**Declaration of Zach Belanger – Exhibit 4 Parts 1-2**

Dated this 23rd day of July 2024.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Quinn B. Guillermo
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
qguillermo@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff*
*Mob Entertainment, Inc.*