IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOB ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-05874 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## DECLARATION OF QUINN B. GUILLERMO

I, Quinn B. Guillermo, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Mob Entertainment, Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Pursuant to Minute Order [19], I updated Exhibit 4 to the Declaration of Zach Belanger (previously filed at [15]) to include timestamps to indicate when the screenshots were taken and/or processed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of July 2024 at Chicago, Illinois.

    /s/ Quinn B. Guillermo
Quinn B. Guillermo
*Counsel for Plaintiff Mob Entertainment, Inc.*